# Court of Appeals
# of the State of Georgia

ATLANTA,   March 31, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1238.   LEO FULLER v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR, et al.**

In this direct appeal, Leo Fuller seeks review of the superior court's order affirming the decision of the Board of Review of the Georgia Department of Labor denying his claim for unemployment benefits. However, OCGA § 5-6-35 (a) (1) requires that appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by timely application for discretionary review. See *Jamal v. Thurmond*, 263 Ga. App. 320 (587 SE2d 809) (2003); *Dept. of Corrections v. Mack*, 217 Ga. App. 862 (459 SE2d 573) (1995). Because Fuller failed to file an application for discretionary review, this Court lacks jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/31/2014
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*